Richard J. DETRIO, Petitioner,

v.

DEPARTMENT OF JUSTICE, Respondent.

No. 04–3230.

United States Court of Appeals, Federal Circuit.

Sept. 1, 2004.

David F. D'Alessandris, Principal Attorney, Mark A. Melnick, Bryant G. Snee, David M. Cohen, John H. Williamson, Of Counsel, Washington, DC, for Respondent.

Bernard J. Dimuro, Principal Attorney, DiMuro, Ginsbert, Alexandria, VA, for Petitioner.

### ORDER

Upon consideration of Richard J. Detrio's unopposed motion to voluntarily dismiss his petition for review, 04–3230.

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.